# Order

Michigan Supreme Court
Lansing, Michigan

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129023

JOYCE A. MAKSIMUK,
       Plaintiff-Appellant,

v

SC: 129023
COA: 251895
Macomb CC: 01-005541-NZ

ED RINKE CHEVROLET CO., JAMES
PENROD and EDGAR RINKE, JR.,
       Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the May 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

d1219